UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA L. JOHNSON, an Individual; SAMANTHA R. JOHNSON, an Individual; BRENDON G. JOHNSON, an Individual; ASHLEY N. CHAPMAN, an Individual; REX JOHNSON, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> MERCK SHARP & DOHME CORP., a corporation and DOES 1 through 10, Inclusive, <br><br> Defendants. | No.  2:20-CV-00138-KJM-DB <br><br> ORDER |

Based on the written stipulation of the parties, ECF No. 14, and good cause appearing in support thereof, within five court days plaintiff may file an amended complaint in the form of the First Amended Complaint attached to their stipulation as Ex. 1, ECF No. 14 at 5–20.

IT IS SO ORDERED.

DATED:  July 20, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE