PANISH SHEA & BOYLE LLP
BRIAN J. PANISH, State Bar No. 116060
*panish@psblaw.com*
SPENCER R. LUCAS, State Bar No. 232498
*lucas@psblaw.com*
MARGUERITE S. SANVICTORES, State Bar No. 299452
*sanvictores@psblaw.com*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700 * Facsimile: 310.477.1699

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA L. JOHNSON, an Individual; SAMANTHA R. JOHNSON, an Individual; BRENDON G. JOHNSON, an Individual; ASHLEY N. CHAPMAN, an Individual; REX JOHNSON, an Individual,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>MERCK SHARP & DOHME CORP., A CORPORATION and DOES 1 Through 10, Inclusive,<br><br>　　Defendants. | No. 2:20-cv-0138 KJM DB<br><br>**STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs VIRGINIA JOHNSON, SAMANTHA R. JOHNSON, BRENDON G. JOHNSON, ASHLEY CHAPMAN, and REX JOHNSON ("Plaintiffs") and Defendant MERCK SHARP & DOHME CORP. ("Defendant") (collectively "Parties") through their respective counsel of record as follows:

1. The Parties hereto agree and stipulate, at the request of the Defendant, that the deadline for disclosure of expert witnesses currently set for February 24, 2021 shall be continued thirty (30) days to **March 24, 2021**.

2. The Parties hereto agree and stipulate, at the request of the Defendant, that the deadline for disclosure of supplemental and rebuttal expert witnesses currently set for March 16, 2021 shall be continued to twenty (20) days following the new expert disclosure date of March 24, 2021 to **April 13, 2021**.

3. By this stipulation, no other extensions are made and all other previously set dates and deadlines remain the same.

4. The Parties additionally agree to not make any dispositive or discovery motions in this matter.

IT IS SO STIPULATED.

DATED: February 24, 2021                              ARMIJO & GARCIA

                                                      By: /s/ *Thomas Yen*
                                                      _____
                                                      THOMAS YEN
                                                      Attorney for Defendant
                                                      Merck Sharp & Dohme Corp.

DATED: February 24, 2021                              PANISH SHEA & BOYLE LLP

                                                      By: /s/ *Marguerite S. Sanvictores*
                                                      _____
                                                      MARGUERITE SANVICTORES
                                                      BRIAN J. PANISH
                                                      SPENCER LUCAS
                                                      Attorney for Plaintiffs,
                                                      Virginia Johnson, Samantha Johnson,
                                                      Brendon Johnson and Ashley
                                                      Chapman

/ / /

/ / /

/ / /

| | | |
|---|---|---|
|1| DATED: February 24, 2021 | BERGENER MIREKOVSKY |
|2| | By: /s/ *Ryan Cooper* |
|3| | JAMES BERGENER |
|4| | RYAN COOPER |
| | | Attorney for Plaintiffs, |
|5| | Virginia Johnson, Samantha Johnson, Brendon Johnson and Ashley Chapman |

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: February 24, 2021                    PANISH SHEA & BOYLE LLP

By: /s/ *Marguerite S. Sanvictores*
MARGUERITE SANVICTORES
BRIAN J. PANISH
SPENCER LUCAS
Attorney for Plaintiffs,
Virginia Johnson, Samantha Johnson,
Brendon Johnson and Ashley
Chapman

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

3
STIPULATION AND ORDER TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES

**ORDER**

Pursuant to the stipulation reached by the Parties and good cause appearing therefore, IT IS SO ORDERED THAT:

1. The deadline for disclosure of expert witnesses pursuant to Fed. R. Civ. P. 26(A)(2) shall be March 24, 2021.

2. The deadline for disclosure of supplemental and rebuttal experts pursuant to Fed. R. Civ. P. 26(A)(2)(C) shall be April 13, 2021.

3. No other extensions are made and all previously set dates and deadlines remain the same.

IT IS SO ORDERED.

DATED: March 31, 2021              /s/ DEBORAH BARNES
                                   UNITED STATES MAGISTRATE JUDGE