1  PANISH SHEA & BOYLE LLP
   BRIAN J. PANISH, State Bar No. 116060
2  SPENCER R. LUCAS, State Bar No. 232498
   MARGUERITE S. SANVICTORES, State Bar No. 299452
3  11111 Santa Monica Boulevard, Suite 700
   Los Angeles, California 90025
4  Telephone: 310.477.1700
   Facsimile: 310.477.1699
5
   SWEET JAMES LLP
6  JAMES BERGENER, State Bar No. 226570
     *james@sweetjames.com*
7  RYAN W. COOPER, State Bar No. 322041
     *ryan@sweetjames.com*
8  4220 Von Karman Ave., Ste. 200
   Newport Beach, California 92660
9  Telephone: 949.644.1000
   Facsimile:  949.644.1005
10
   Attorneys for Plaintiffs
11

12

13                **UNITED STATES DISTRICT COURT**

14              **EASTERN DISTRICT OF CALIFORNIA**

15

16  VIRGINIA L. JOHNSON, AN              No. 2:20-cv-0138 KJM DB
    INDIVIDUAL; SAMANTHA R.
17  JOHNSON, AN INDIVIDUAL;              **STIPULATION AND ORDER TO**
    BRENDON G. JOHNSON, AN               **EXTEND EXPERT DISCOVERY**
18  INDIVIDUAL; ASHLEY N.                **DISCLOSURE**
    CHAPMAN, AN INDIVIDUAL ,
19
              Plaintiffs,
20
         v.
21
    MERCK & CO., INC., A
22  CORPORATION; MERCK SHARP &
    DOHME CORP., A CORPORATION
23  AND DOES 1 THROUGH 10,
    INCLUSIVE,
24
              Defendants.
25

26  TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

27       Plaintiffs, VIRGINIA L. JOHNSON, SAMANTHA R. JOHNSON,
    BRENDON G. JOHNSON, ASHLEY CHAPMAN, and REX JOHNSON
28

STIPULATION TO EXTEND EXPERT DISCOVERY DISCLOSURE

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

(hereinafter "Plaintiffs"), and Defendants MERCK & CO, INC., and MERCK SHARP & DOHME CORP (hereinafter "Defendants"), individually and through their undersigned respective counsel of record, stipulate as follows:

1.      The parties have agreed to mediate this matter on April 27, 2021 in an attempt to resolve the instant case.

2.      The parties previously stipulated to extend the deadline for disclosure of expert witnesses from February 24, 2021, to March 24, 2021.

3.      The parties previously stipulated to extend the deadline for disclosure of supplemental and rebuttal expert witnesses from March 16, 2021, to April 13, 2021

4.      The parties agreed to mediate with Michael G. Ornstil on April 27, 2021.

5.      In an effort to mediate this case and all parties to efficiently prepare for trial if necessary, both parties have agreed to extend the expert disclosure date per FRCP 26(a)(2) to **May 10, 2021**.

6.      The parties further agree and stipulate to extend the deadline for disclosure of supplemental and rebuttal expert witnesses currently set for April 13, 2021, to **May 30, 2021**.


        IT IS SO STIPULATED.
/ / /


/ / /


/ / /


/ / /


/ / /

STIPULATION TO EXTEND EXPERT DISCOVERY DISCLOSURE

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

DATED:  March 26, 2020          PANISH SHEA & BOYLE LLP


                                By:      /s/Marguerite S. Sanvictores
                                       Spencer R. Lucas
                                       Marguerite S. Sanvictores
                                       Attorneys for Plaintiffs Virginia Johnson,
                                       Samantha Johnson, Brendon Johnson, Rex
                                       Johnson and Ashley Chapman

DATED:  March 26, 2020          ARMIJO & GARCIA


                                By:      /s/ Thomas Yen
                                       Thomas Yen
                                       Attorneys for Defendants Merck & Co.,
                                       Inc., and Merck Sharp & Dohme

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

3
STIPULATION TO EXTEND EXPERT DISCOVERY DISCLOSURE

1    **ORDER**

2        Pursuant to the stipulation reached by the Parties and good cause appearing

3    therefore,

4    IT IS SO ORDERED THAT:

5        1.    The deadline for disclosure of expert witnesses pursuant to Fed. R. Civ.

6    P. 26(A)(2) shall be May 10, 2021.

7        2.    The deadline for disclosure of supplemental and rebuttal experts

8    pursuant to Fed. R. Civ. P. 26(A)(2)(C) shall be May 30, 2021.

9        3.    No other extensions are made and all previously set dates and deadlines

10   remain the same.

11

12   IT IS **SO ORDERED.**

13   DATED: March 31, 2021                /s/ DEBORAH BARNES
                                          UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND EXPERT DISCOVERY DISCLOSURE

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax